# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**DUREKA DEON ADKINS**

Case Number: **6:03-CR-187-ORL-22GJK**

USM Number: **25393-018**

Stephen Langs, AFPD
201 South Orange Ave, Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant was found in violation charge numbers One and Two of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Trafficking in Cocaine While on Supervision | February 22, 2008 |
| Two | Possession of a Controlled Substance | February 22, 2008 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

5/13/2008

_____
ANNE C. CONWAY
UNITED STATES DISTRICT JUDGE

May _13_, 2008

AO 245B (Rev. 6/05) Judgment in a Criminal Case

DUREKA DEON ADKINS                                                    Page 2 of 2
6:03-CR-187-ORL-22GJK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **24 Months**.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The Court recommends to the Bureau of Prisons the defendant be placed at the Coleman facility in Florida.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal

AO 245B (Rev. 6/05) Judgment in a Criminal Case